November 22, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

JACK N. MCCRARY AND SUZANNE F. MCCRARY, Appellants

NO. 14-15-00550-CV                    V.

WILLIAM A. HIGHTOWER, UBS FINANCIAL SERVICES, INC., B.B.
TULEY, BRIAN DAVIDSON D/B/A PANORAMIC INVESTIGATIONS,
Appellees

_____

This court today issued a substitute opinion. We order this court's former judgment of August 11, 2016, vacated, set aside, and annulled. We further order this court's opinion of August 11, 2016, withdrawn. This cause, an appeal from the judgment in favor of appellees, William A. Hightower, UBS Financial Services, Inc., B.B. Tuley, and Brian Davidson d/b/a Panoramic Investigations, signed June 17, 2015, was heard on the transcript of the record. We have inspected the record and find the trial court erred in rendering summary judgment in favor of appellees William A. Hightower and B.B. Tuley. We therefore order that the portions of the judgment that grant summary judgment to William A. Hightower and B.B. Tuley are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with the court's opinion.

Further, we find no error in the remainder of the judgment rendering summary judgment in favor of appellees UBS Financial Services, Inc., and Brian Davidson d/b/a Panoramic Investigations and order it **AFFIRMED**.

We order each party to pay its costs incurred by reason of this appeal.

We further order this decision certified below for observance.